19370. BLAKEMORE *v.* BLAKEMORE.

HAWKINS, Justice. The only judgment assigned as error is one overruling a plea to the jurisdiction, and since no final judgment has been rendered, the writ of error is premature and must be dismissed. Code (Ann. Supp.) § 6-701; *Ross* v. *Mercer,* 115 *Ga.* 353 (41 S. E. 594); *Mitchell* v. *Butler,* 173 *Ga.* 816 (161 S. E. 606); *Johnson* v. *Battle,* 120 *Ga.* 649 (48 S. E. 128); *English* v. *Rosenkrantz,* 150 *Ga.* 745 (105 S. E. 292); *Miller Service* v. *Miller,* 201 *Ga.* 344 (39 S. E. 2d 750); *Stout* v. *Pate,* 209 *Ga.* 536 (74 S. E. 2d 458).

*Writ of error dismissed. All the Justices concur.*

SUBMITTED JUNE 11, 1956—DECIDED JULY 9, 1956.

*Robert L. Cork,* for plaintiff in error.
*Edward Parrish,* contra.